82 F.3d 405
 Daniel Lickteig, Tyrone Malone, George Krail, Kevin Liebner,
Glenn McDowell, Kevin D. Clancy, Michael Waltz,
Donna Benz, Kim Veltry
v.
Elmer Landauer, Officer, Philadelphia Police Department
Badge No. 4656, Richard Crawford, Patrolman, Philadelphia
Police Department, Badge No. 1768, Dennis Jones, Patrolman,
Philadelphia Police Department, James McCulskey, Officer,
Philadelphia Police Department, Michael Bachmayer, Officer,
Philadelphia Police Department,
 NO. 95-1688
 United States Court of Appeals,
Third Circuit.
 Mar 28, 1996
 
 Appeal From: E.D.Pa., No. 91-1843,
 Hutton, J.
 
 
 1
 AFFIRMED.